Monica M. Ryden (State Bar No. 023986)
Jamie M. Leach (State Bar No. 037551)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com
Jamie.Leach@jacksonlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Rubi, an individual,<br><br>Plaintiff,<br><br>v.<br><br>American Lung Association, a foreign nonprofit corporation,<br><br>Defendant. | Case No:<br><br>**NOTICE OF REMOVAL** |

      Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and LRCiv 3.6, Defendant American Lung Association ("Defendant") removes this action to the U.S. District Court for the District of Arizona on the following grounds:

      1.    Plaintiff Kathleen Rubi ("Plaintiff") filed this civil action in the Arizona Superior Court, Maricopa County, Case No. CV2023-013772, with the above caption.

      2.    Copies of the Civil Cover Sheet, Summons, Complaint containing a Demand for Jury Trial, and Certificate of Compulsory Arbitration were hand delivered to Defendant by process server on September 26, 2023.

      3.    Pursuant to LRCiv 3.6, the following documents are attached as **<u>Exhibits A - F</u>** and constitute a complete copy of the file in the Arizona Superior Court, Maricopa County, file number CV2023-013772:

1         a.      State Court Docket (**Exhibit A**)

2         b.      Summons (**Exhibit B**);

3         c.      Complaint (**Exhibit C**);

4         d.      Certificate of Compulsory Arbitration (**Exhibit D**);

5         e.      Civil Cover Sheet (**Exhibit E**); and,

6         f.      Affidavit of Service (**Exhibit F**).

7    4.    Pursuant to LRCiv 3.6(b), undersigned counsel for Defendant verifies that, to the best of their knowledge and belief, the documents attached as **Exhibits A – F** to this Notice of Removal are true and complete copies of all pleadings and other documents filed in the state court proceeding.

5.    This Notice is being filed within thirty (30) days of Defendant's receipt of service of the Summons and Complaint. Thus, this notice is timely filed under 28 U.S.C. § 1446(b).

6.    Contemporaneously with this filing, Defendant is also filing a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the State of Arizona, County of Maricopa. Defendant has on this date given written notice of this filing to the Plaintiff pursuant to 28 U.S.C. § 1446 and LRCiv 3.6, attached as **Exhibit G**.

7.    This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, based on claims brought under the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12117 and 12203, and is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (c) based on federal question jurisdiction. Federal question jurisdiction exists because Plaintiff alleges violations of federal law. Specifically, the first cause of action asserted in Plaintiff's Complaint alleges discrimination/failure to accommodate in violation of the ADA while the second alleges retaliation, also in violation of the ADA. Accordingly, this case is a civil action arising under the laws of the United States that is subject to removal.

1  8. Venue lies in the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1441(a) and 1391(a) because the action was filed in this district and this is the judicial district in which the alleged events giving rise to the claims occurred.

For the foregoing reasons, Defendant removes this case from the Superior Court of the State of Arizona to the United States District Court, District of Arizona.

DATED this October 25, 2023.

JACKSON LEWIS P.C.

By: /s/ *Monica M. Ryden*
    Monica M. Ryden
    Jamie M. Leach
    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Troy Foster
The Foster Group, PLLC
902 W. McDowell Road
Phoenix, AZ 85007
tfoster@thefosterlaw.com
Attorney for Plaintiff

By: /s/ Amalia Tafoya

4864-8723-9812, v. 1