Monica M. Ryden (State Bar No. 023986)
Jamie M. Leach (State Bar No. 037551)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com
Jamie.Leach@jacksonlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Rubi, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>American Lung Association, a foreign nonprofit corporation,<br><br>  Defendant. | Case No:  2:23-CV-02218-MTL<br><br>**NOTICE OF SETTLEMENT** |

Defendant American Lung Association hereby notifies the Court that the parties have agreed to settle this lawsuit. The parties are in the process of drafting and finalizing the settlement papers and request 30 days in which to finalize the settlement and file the dismissal.

DATED this November 26, 2024.

                                          JACKSON LEWIS P.C.

                                          By: /s/ *Monica M. Ryden*
                                                      Monica M. Ryden
                                                      Jamie M. Leach
                                                      Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Troy Foster
The Foster Group, PLLC
902 W. McDowell Road
Phoenix, AZ 85007
tfoster@thefosterlaw.com
Attorney for Plaintiff

By: */s/ Susan Stimson*

4922-2200-9600, v. 1

2