IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Rubi,<br><br>　　　　Plaintiff,<br><br>v.<br><br>American Lung Association,<br><br>　　　　Defendant. | No. CV-23-02218-PHX-MTL<br><br>**ORDER** |

　　　　The Court, having reviewed the Parties' Joint Stipulation to Dismiss Case with Prejudice, and good cause appearing,

　　　　**IT IS ORDERED** that the Stipulation (Doc. 53) is granted, and this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

　　　　**IT IS FURTHER ORDERED** directing the Clerk of Court to enter a judgment of dismissal and close this case.

　　　　Dated this 13th day of December, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge