# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Rubi,<br><br>    Plaintiff,<br><br>v.<br><br>American Lung Association,<br><br>    Defendant. | NO. CV-23-02218-PHX-MTL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Stipulation of Dismissal with Prejudice, this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 13, 2024

　　　　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　　　　By　　Deputy Clerk